UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Michael Glover

                                       Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -MAG-    (  ) (  )

Defendant ___Michael Glover_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

*Michael Glover*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Michael Glover
_____
Print Defendant's Name

*Marisa K. Cabrera*
_____
Defendant's Counsel's Signature

 Marisa K. Cabrera
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/10/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge